DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUSTIN ANTHONY GIOVINAZZO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-671

[May 31, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562014CF003058A.

Justin Anthony Giovinazzo, Lawtey, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***